| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | REBECCA A. HULL  Bar No. 99802 |
| 2 | rebecca.hull@sdma.com |
| | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Kaiser Foundation Health Plan Long Term Disability Plan; |
| | and Real Party in Interest Metropolitan Life |
| 7 | Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Lee, | CASE NO. CV 09-2176 JCS |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT/REAL PARTY IN INTEREST'S RESPONSE TO PLAINTIFF'S COMPLAINT |
| v. | |
| Kaiser Foundation Health Plan Long Term Disability Plan, | |
| Defendant. | |
| Metropolitan Life Insurance Company, | |
| Real Party in Interest. | |

Pursuant to Northern District Local Rule 6-1(a), Plaintiff Pamela Lee and Defendant Kaiser Foundation Health Plan Long Term Disability Plan ("defendant") and Metropolitan Life Insurance Company ("real party in interest"), by and through their attorneys, hereby stipulate and agree to an extension of time for defendant and real party in interest to respond to plaintiff's complaint, and that defendant/real party in interest's responsive pleading will be due on or before July 24, 2009.

///

///

///

///

SF/1606076v1

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT/REAL PARTY IN INTEREST'S RESPONSE TO PLAINTIFF'S COMPLAINT

1  There have been no prior extensions of time.

2  IT IS SO AGREED AND STIPULATED.

3  DATED: June 22, 2009          LAW OFFICES OF LAURENCE F. PADWAY

6  By: /s/ Laurence F. Padway (as authorized 6/22/09)
       Laurence F. Padway
7      Attorneys for Plaintiff Pamela Lee

8  DATED: June 22, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

11 By: /s/ Rebecca A. Hull
       Rebecca A. Hull
12     Attorneys for Defendant Kaiser Foundation Health
       Plan Long Term Disability Plan and Real Party in
13     Interest Metropolitan Life Insurance Company

Dated: June 22, 2009

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

SF/1606076v1

-2-   CASE NO. CV 09-2176 JCS

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT/REAL PARTY IN INTEREST'S RESPONSE TO PLAINTIFF'S COMPLAINT