United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LEE, | No. C 09-02176 SI |
| Plaintiff, | **ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | **[Docket No. 30]** |
| Defendant. | |

Defendant has filed a motion seeking extension of the briefing schedule and continuance of the hearing date on the parties' cross-motions for summary judgment. Plaintiff does not oppose an extension, but expresses concern that the discovery process will not proceed smoothly in the intervening time without guidelines from the Court.

Accordingly, the Court hereby rules as follows:

1. The current briefing schedule and hearing date for the parties' cross-motions for summary judgment are hereby VACATED. **Oral argument on the parties' cross-motions for summary judgment will be heard on Friday, June 25, 2010, and the briefing schedule is extended accordingly.**

2. Defendant must respond to all discovery propounded by plaintiff within **20 days**. In the event defendant asserts an objection, the parties must meet and confer to resolve their dispute, pursuant to Fed. R. Civ. P. 37 and Local Rule 37. If the parties are unable to resolve their dispute after good faith efforts to do so, plaintiff may file a motion to

compel in compliance with the Local Rules and the Court's standing order.

**IT IS SO ORDERED.**

Dated: February 1, 2010

SUSAN ILLSTON
United States District Judge