Laurence F. Padway, #89314
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile : (510)814-0650

Attorneys for Plaintiff

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Kaiser Permanente Flexible Benefits Plan, incorrectly sued as
Kaiser Foundation Health Plan Long Term Disability Plan;
and Real Party in Interest Metropolitan Life
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Lee,<br><br>        Plaintiff,<br><br>        v.<br><br>Kaiser Foundation Health Plan Long Term Disability Plan,<br><br>        Defendant.<br>Metropolitan Life Insurance Company,<br><br>        Real Party in Interest.<br>and related counterclaim | CASE NO. CV 09-2176 SI<br><br>**STIPULATION** |

Plaintiff and counterdefendant Pamela Lee, defendant Kaiser Permanente Flexible Benefits
Plan, incorrectly sued as Kaiser Foundation Health Plan Long Term Disability Plan ("Plan"), and
real party in interest and counterclaimant Metropolitan Life Insurance Company ("MetLife"),
through their respective attorneys, hereby jointly stipulate to the following modification of the

1   current briefing and hearing schedule with regard to the parties' respective motions for judgment,

2   in light of the need for the parties to complete certain pending discovery procedures:

3      Plaintiff's opening brief due                 June 25, 2010

4      Defendants' opposition and cross motion due:      July 9, 2010

5      Plaintiff's reply and opposition to cross motion due:      July 23, 2010

6      Defendants' reply due:      July 30, 2010

7      Hearing on cross motions:      August 6, 2010, or the earliest date thereafter that is

8      convenient to the Court

     IT IS SO AGREED AND STIPULATED.

9

10   DATED:  April 27, 2010      LAW OFFICES OF LAURENCE F. PADWAY

11

12                          By:  /s/ Laurence F. Padway (as authorized 4/27/10)

13                              Laurence F. Padway

14                              Attorneys for Plaintiff Pamela Lee

15   DATED:  April 27, 2010      SEDGWICK, DETERT, MORAN & ARNOLD LLP

16

17                          By:  /s/ Rebecca A. Hull

18                              Rebecca A. Hull

                             Attorneys for Defendant Kaiser Foundation Health

19                              Plan Long Term Disability Plan and Real Party in

20                              Interest Metropolitan Life Insurance Company

21 **ORDER**

22      It is so ordered.  The briefing schedule set forth in the parties' stipulation is adopted, and

23   the hearing on the cross dispositive motions shall be held August 6, 2010.

24   Dated:  _____   _____

25                            Hon. Susan Illston

                           UNITED STATES DISTRICT COURT

26

27

28