Laurence F. Padway, #89314
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for Plaintiff

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Kaiser Permanente Welfare Benefit Plan, incorrectly sued as
Kaiser Foundation Health Plan Long Term Disability Plan;
and Real Party in Interest Metropolitan Life
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Lee,<br><br>         Plaintiff,<br><br>     v.<br><br>Kaiser Foundation Health Plan Long Term Disability Plan,<br><br>         Defendant.<br>Metropolitan Life Insurance Company,<br><br>      Real Party in Interest.<br><br>and related counterclaim | CASE NO. CV 09-2176 SI<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The parties, through their respective counsel, stipulate to extend the time for defendant and real party to respond to plaintiff's letter brief re discovery, and to modify the briefing schedule on the dispositive motions in light of that letter brief as follows:

   Defendants' Response to Pltf's Discovery Letter Brief     June 23, 2010

| | | |
|---|---|---|
| 1 | Plaintiff's opening brief re Motion for Judgment due: | August 6, 2010 |
| 2 | Defendants' opposition and cross motion for judgment due: | August 20, 2010 |
| 3 | Plaintiff's reply and opposition to cross motion due: | September 3, 2010 |
| 4 | Defendants' reply due: | September 10, 2010 |
| 5 | Hearing on cross motions: | September 17, 2010 |

IT IS SO AGREED AND STIPULATED.

DATED:  June 4, 2010        LAW OFFICES OF LAURENCE F. PADWAY


By:  /s/ Laurence F. Padway (as authorized 6/4/10)
       Laurence F. Padway
       Attorneys for Plaintiff Pamela Lee


DATED:  June 4, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:     /s/ Rebecca A. Hull
         Rebecca A. Hull
         Attorneys for Defendant Kaiser Permanente
         Welfare Benefit Plan, incorrectly sued as Kaiser
         Foundation Health Plan Long Term Disability
         Plan; and Real Party in Interest Metropolitan Life
         Insurance Company

## ORDER

It is so ordered.  The briefing schedule set forth in the parties' stipulation is adopted, and the hearing on the cross dispositive motions shall be held September 17, 2010.

Dated:  _____        _____
                                                                                      Hon. Susan Illston
                                                                                      UNITED STATES DISTRICT COURT