1  Laurence F. Padway, #89314
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for Plaintiff
5
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
6  REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sdma.com
7  ERIN A. CORNELL  Bar No. 227135
   erin.cornell@sdma.com
8  One Market Plaza
   Steuart Tower, 8th Floor
9  San Francisco, California 94105
   Telephone: (415) 781-7900
10 Facsimile: (415) 781-2635

11 Attorneys for Defendant
   Kaiser Permanente Welfare Benefit Plan, incorrectly sued as
12 Kaiser Foundation Health Plan Long Term Disability Plan;
   and Real Party in Interest Metropolitan Life
13 Insurance Company

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 | Pamela Lee,                              | CASE NO. CV 09-2176 SI
19 |         Plaintiff,                       | **STIPULATION AND [PROPOSED] ORDER**
20 |    v.
21 | Kaiser Foundation Health Plan Long Term
   | Disability Plan,
22 |
   |         Defendant.
23 | Metropolitan Life Insurance Company,
24 |         Real Party in Interest.
25 | and related counterclaim

26

27

28

1 | The parties, through their respective counsel, stipulate to extend the time for defendant and real party in interest to respond to plaintiff's letter brief re discovery by an additional nine days, to July 2, 2010.

IT IS SO AGREED AND STIPULATED.

DATED: June 21, 2010                LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ Laurence F. Padway (w/permission granted 6/21/10)
    Laurence F. Padway
    Attorneys for Plaintiff Pamela Lee


DATED: June 21, 2010                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Erin A. Cornell
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendant Kaiser Foundation Health
    Plan Long Term Disability Plan and Real Party in
    Interest Metropolitan Life Insurance Company


### ORDER

It is so ordered.  Defendant and real party in interest shall have an additional nine days, to July 2, 2010, to respond to plaintiff's letter brief in support of her motion to compel.

Dated: _____

Hon. Susan Illston
UNITED STATES DISTRICT COURT