Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Pamela Lee

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Kaiser Permanente Welfare Benefit Plan, incorrectly sued as
Kaiser Foundation Health Plan Long Term Disability Plan;
and Real Party in Interest Metropolitan Life
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LEE | Case No. C09-02176 SI |
| Plaintiff,<br>vs. | STIPULATION AND (PROPOSED) ORDER RE BRIEFING SCHEDULE |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | Hon. Susan Illston |
| Defendant, and | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Real Party in Interest | |

The parties, through their respective counsel, hereby jointly stipulate to the following modification of the current briefing and hearing schedule with regard to the parties' respective

Page 1 of  2

1  motions for judgment, in light of the need for the parties to complete certain pending discovery
2  procedures:

4      Plaintiff's opening brief due      October 8, 2010
5      Defendants' opposition and cross motion due:      October 22, 2010
6      Plaintiff's reply and opposition to cross motion due:      November 5, 2010
7      Defendants' reply due:      November 19, 2010
8      Hearing on cross motions:      December 20, 2010

10     IT IS SO STIPULATED.

11 DATED: August 5, 2010      /s/ Laurence F. Padway
12      _____
13      Laurence F. Padway
     Law Offices of Laurence F. Padway
     Attorneys for plaintiff

16 DATED: August 5, 2010
17      /s/ Rebecca A. Hull
     Rebecca A. Hull
     Michelle Y. McIsaac
18      Sedgwick, Detert, Moran & Arnold LLP
     Attorneys for Deloitte and Touche USA LLP
19      Plan, and Metropolitan Life Insurance
     Company

23     PURSUANT TO STIPULATION, IT IS SO ORDERED.

25     Dated: _____      _____
26      Hon. Susan Illston
     United States District Court Judge

28     Page 2 of 2