| | |
|---|---|
| 1 | Laurence F. Padway (SBN 083914) |
| | Law Offices of Laurence F. Padway |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, CA 94501 |
| 3 | Telephone: (510) 814-6100 |
| | Facsimile: (510) 814-0650 |
| 4 | |
| | Attorneys for Pamela Lee |
| 5 | |
| | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 6 | REBECCA A. HULL  Bar No. 99802 |
| | rebecca.hull@sdma.com |
| 7 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 8 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 9 | Facsimile: (415) 781-2635 |
| 10 | Attorneys for Defendant |
| | Kaiser Permanente Welfare Benefit Plan, incorrectly sued as |
| 11 | Kaiser Foundation Health Plan Long Term Disability Plan; |
| | and Real Party in Interest Metropolitan Life |
| 12 | Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LEE | Case No. C09-02176 SI |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO MODIFY BRIEFING SCHEDULE |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | Hon. Susan Illston |
| Defendant, and | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Real Party in Interest | |

Whereas, Plaintiff's motion for summary judgment was due on October 11, 2010; and

Page 1 of 3

1  Whereas, counsel for plaintiff spent over 50 hours preparing this brief, and while he had
2  planned to file it yesterday, parts of it took longer to write than anticipated as a result of which, it
3  was not completed until shortly after 5 a.m. this morning, after which the table of contents and
4  table of authorities were added, and the document was ready for filing by 11 a.m.;

6  Now, therefore, the parties, through their respective counsel, hereby jointly stipulate to
7  the following modification of the current briefing schedule, which extends the briefing by one
8  business day, at the request of the plaintiff:

10 Plaintiff's opening brief due                          October 12, 2010
11 Defendants' opposition and cross motion due:            October 26, 2010
12 Plaintiff's reply and opposition to cross motion due:   November 9, 2010
13 Defendants' reply due:                                  November 23, 2010
14 Hearing on cross motions:                               December 20, 2010

16  IT IS SO STIPULATED.

18 DATED: October 12, 2010                /s/ Laurence F. Padway
19                                        _____
                                          Laurence F. Padway
                                          Law Offices of Laurence F. Padway
20                                        Attorneys for plaintiff

22
23 DATED: October 12, 2010                /s/ Rebecca A. Hull
                                          _____
                                          Rebecca A. Hull
24                                        Sedgwick, Detert, Moran & Arnold LLP
                                          Attorneys for Deloitte and Touche USA LLP
25                                        Plan, and Metropolitan Life Insurance
                                          Company

28  Page 2 of 3

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated: _____         _____
                                 Hon. Susan Illston
                                 United States District Court Judge