| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
| | LAURENCE F. PADWAY  Bar No. 89314 |
| 2 | lp@padway.com |
| | 1516 Oak Street, Suite 109 |
| 3 | Alameda, CA  94501 |
| | Telephone:    (510) 814-0680 |
| 4 | Facsimile:    (510) 814-0650 |

Attorneys for Plaintiff
Pamela Lee

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Defendant Kaiser Permanente Flexible
Benefits Plan, incorrectly sued as Kaiser Foundation Health
Plan Long Term Disability Plan; and Real Party in Interest
and Counterclaimant Metropolitan Life Insurance Company

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LEE, | Case No. 3:09-cv-02176 JW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF BRIEFING DATES AND THE HEARING DATE FOR THE PARTIES' MOTIONS** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

SF/2653886v1

STIPULATION AND [~~PROPOSED~~] ORDER FOR SHORT CONTINUANCE OF BRIEFING DATES

1    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

2    Currently pending before the Court are Counterclaimant Metropolitan Life Insurance

3 Company's ("MetLife") motion for judgment (ECF No. 89) and plaintiff's motion for entry of

4 judgment (ECF No. 91).  The parties' respective opposition briefs are currently due January 20,

5 2012.  Plaintiff's counsel is ill and will not be able to timely file an opposition brief on behalf

6 of his client.  Therefore, the parties respectfully request that the Court grant a short continuance

7 of the briefing dates.

8    The parties request that the Court continue the last day for the parties to file their

9 opposition briefs from January 20, 2012 to Monday January 23, 2012.  The parties further

10 request that the Court continue the last day for the parties to file their reply briefs from January

11 27, 2012 to January 30, 2012.

12    The parties further agree and request, pursuant to the Court's order and consistent with

13 the Court's standing order and calendar following the transfer of this matter from the

14 Honorable Susan Illston to the Honorable James Ware, that the hearing on their respective

15 motions be continued to March 5, 2012 at 9:00 a.m., or as soon as thereafter as the matter may

16 be heard.

17    SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

18   DATED:  January 20, 2012          LAW OFFICES OF LAURENCE F. PADWAY

20                                     By:  /s/ Laurence F. Padway (as authorized on 1/20/2012)
21                                          Laurence F. Padway
                                            Attorneys for Plaintiff
                                            Pamela Lee

23   DATED:  January 20, 2012          SEDGWICK LLP

25                                     By:  /s/ Rebecca A. Hull
                                            Rebecca A. Hull
26                                          Erin A. Cornell
                                            Attorneys for Defendant Kaiser Permanente Flexible
27                                          Benefits Plan, incorrectly sued as Kaiser Foundation
                                            Health Plan Long Term Disability Plan; and Real Party in
28                                          Interest and Counterclaimant Metropolitan Life Insurance
                                            Company

**ORDER**

It is so ordered. MetLife's opposition to plaintiff's motion for entry of judgment, and plaintiff's opposition to MetLife's motion for judgment shall be due on January 23, 2012. MetLife's reply in support of its motion or judgment and plaintiff's reply in support of her motion for entry of judgment shall be due on January 30, 2012. The hearing on the parties' motions is continued to ~~March 5~~, February 13, 2012 at 9:00 a.m.

DATED: Jan. 24, 2012

_____
HONORABLE JAMES WARE
CHIEF DISTRICT JUDGE